LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Trent Gibson | ) | Case No: 00cr196-001 |
| | ) | USM No: 1 |
| Date of Previous Judgment: 02/07/2001 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108 (Counts 1, 2)__ months **is reduced to** __108 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31              Amended Offense Level: 29
Criminal History Category: I            Criminal History Category: I
Previous Guideline Range: 108 to 135 months    Amended Guideline Range: 108 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

This sentence reduction applies to Counts 1 and 2.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __02/07/2001__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/12/2008

_/s/ Martin L. C. Feldman_
Judge's signature

Effective Date: 03/24/2008
(if different from order date)

Martin L.C. Feldman, United States District Judge
Printed name and title