UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 00-196 |
| TRENT GIBSON | SECTION "F" |

### ORDER

On March 12, 2008, the Court issued an Order regarding a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). IT IS ORDERED: that the March 12 Order is hereby amended to reflect that the Amended Guideline Range is 87 to 108 months. The reduced sentence, 108 months, shall remain and is within the amended guideline range.

New Orleans, Louisiana, March 20, 2008.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____